FILED

MAY 22 2018

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERALYN PRECIADO,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO; ROYALTY INVESTMENT PROPERTIES, LLC.,<br><br>　　　　　　　　　Defendant. | Case No.: 18-cv-00677-BEN-BLM<br><br>**CERTIFICATION TO ATTORNEY GENERAL OF THE STATE OF CALIFORNIA** |

　　　　Pursuant to 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), the court hereby certifies to the Attorney General of the State of California that the constitutionality of California Unlawful Detainer Statute § 1161(a), a statute affecting the public interest, is drawn into question in the above-captioned case, in which the state is not a party. Pursuant to § 2403(c), the State shall have 60 days from the date this certification is filed or the date a party, in this case, gave notice pursuant to Rule 5.1(a), whichever is earlier, to intervene.

　　　　The Clerk of the Court is directed to serve this certification on the Attorney General of the State of California and file the proof of service in the docket.

**IT IS SO ORDERED.**

Dated: May 21, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge